SCANNED at BCF and Emailed on
8/21/23 by PM - 8 pages.
(date)  (initials) (num)

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

MICHAEL S. McKINNEY

*[You are the PLAINTIFF, print your full name on this line.]*

v.

CATHY ALLEN,

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case No. 3:23-cv-132-RLY-MJD

*[For a new case in this court, leave blank. The court will assign a case number.]*

**FILED**
**08/21/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | GREG SANDERS | 21390 OLD ST RD 37<br>BRANCHVILLE, IN 47514 |
| 2 | DEPUTY WARDEN SAMPSON | 21390 OLD ST RD 37<br>BRANCHVILLE, IN 47514 |
| 3 | BRANCHVILLE CORRECTIONAL FACILITY | 21390 OLD ST RD 37<br>BRANCHVILLE, IN 47514 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 4

2. What is the name and address of your prison or jail?

   21390 OLD ST RD 37

   BRANCHVILLE, IN 47514

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

3. Did the event you are suing about happen there?  ◯ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? _____

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The reason for this lawsuit is:
   On 11/29/21 I was called in from work at the recreation building by my counselor to sign for this program called CPCT. She had me sign a contract declining to participate. However after asking several questions about the contract that I was signing, she stated that she didn't know herself, but yet she was only doing what her supervisors had told her. I myself took the initiative to write her back on a yellow state request form, in which I have copies of right now, asking specific details, such as being that I am a ward of the state, and knowing that I am to listen and obey those in authority. With that being said, on that form, I asked what type of training was administered to you before you started presenting contracts to those on your case plan for the CPCT time cut? She would not answer with the correct words, so I asked her who her supervisor is that advised her what to do? She stated to me Cathy Allen, and that she told her supervisor she made a mistake on my paperwork. However, I also had a conversation with her in front of another staff member, who wrote me a witness statement that she and I had a conversation, and she was going to fix it. So moving forward, I went by I.D.O.C. protocol, filing an informal grievance, then a grievance. Before I was able to turn it in, Ms. Mc Manaway wrote me a witness statement stating on a state form that she misadvised me. I also filed that grievance, which was denied at the facility level by the deputy warden, in which she stated she had no further comment. I appealed it down state, in which they denied it also. I am housed in a facility that is 98% white staff and doing the right thing isn't something that happens on the regular. I'm stressed out mentally and physically. This is highly racially motivated. I am currently waiting to start seeing the psyche doctor for the mental racial stress that I have become a victim of here at Branchville Correctional Facility.

2. When did this event happen?
   ◯ Before I was confined.
   ◯ While I was confined awaiting trial.

   [*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

&#9673; After I was convicted while confined serving the sentence.
&#9675; Other: _____

3. Have you ever sued anyone for this exact same event?
   &#9673; No.
   &#9675; Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

4. Could you have used a prison grievance system to complain about this event?  &#9675; No, this event is not grievable at this prison or jail.
   &#9673; Yes, I filed a grievance and attached is a copy of the response from the final step.
   &#9675; Yes, this event was grievable, but I did not file a grievance because _____

   _SEE EXHIBIT A AND B_____

   _____

5. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I am suing for 5 million dollars from each defendant for mental anguish.

[*Initial Each Statement*]

_MM_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_MM_ I will keep a copy of this complaint for my records.
_MM_ I will promptly notify the court of any change of address.
_MM_ I WILL NOT send more than one copy of any filing to the court.
_MM_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_MM_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Michael S. McKinney_                                    _MC494_
Signature                                                Prisoner Number

240 (Rev. 7/10) (INND Rev. 8/16)

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]