UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MICHAEL S. MCKINNEY,<br><br>      Plaintiff,<br><br>      v.<br><br>CATHY ALLEN,<br>GREG SANDERS,<br>SAMPSON Deputy Warden,<br>BRANCHVILLE CORRECTIONAL FACILITY,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 3:23-cv-00132-RLY-CSW |

**FINAL JUDGMENT**

The court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 2/09/2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

MICHAEL S. MCKINNEY
146484
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY

Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168